**IT IS ORDERED as set forth below:**



Date:  October 2, 2017

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| IN RE: | { | |
|---|---|---|
| | { | |
| FRANK NATTIEL, | { | CASE NO. 17-11540-WHD |
| | { | |
| DEBTOR(S). | { | CHAPTER 13 |

**ORDER DISMISSING CHAPTER 13 CASE**
**PURSUANT TO 11 U.S.C. SECTION 109(g)**

The above-styled case came before the Court at its regularly scheduled confirmation calendar on September 28, 2017, at 9:10 a.m.  At said hearing, the Chapter 13 Trustee moved the Court to dismiss the instant case pursuant to his written Objections to Confirmation of September 5, 2017.  The Trustee's Office, in support of its request to dismiss pursuant to Section 109(g), showed to the Court the following:

1.

That the Debtor made no plan payments to the Chapter 13 Trustee, in violation of 11 U.S.C. Section 1326.

2.

That the Debtor failed to appear at the Section 341 Meeting of Creditors.

3.

That the Debtor failed to resolve any of the Trustee's objections to confirmation.

4.

That the Debtor filed three (3) previous unsuccessful bankruptcy cases, to-wit: Case No. 12-11639-WHD, filed on June 5, 2012, and dismissed prior to confirmation on August 16, 2012; Case No. 12-12855-WHD, filed on October 2, 2012, and dismissed pursuant to 11 U.S.C. Section 109(g) on January 9, 2013; and Case No. 16-10879-WHD, filed on May 2, 2016, and dismissed prior to confirmation on July 18, 2016.

**WHEREFORE**, for cause shown, including, but not limited to, the Debtor's willful failure to abide by orders of the Court and to properly prosecute consecutive Chapter 13 cases, the Court finds that such failure represents an unreasonable and prejudicial delay in protecting the rights and interests of the various creditors.

**IT IS HEREBY ORDERED** that Debtor's Chapter 13 Case is **DISMISSED** because of the Debtor's failure to comply with the applicable provisions of 11 U.S.C. Sections 1325(a)(1) and 1326(a)(1).

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee's request to dismiss pursuant to Sections 105(a) and 109(g) is **GRANTED**.  The Debtor is hereby ineligible to file for relief under the United States Bankruptcy Code for one hundred eighty (180) days from the entry of this Order.

The Clerk of Court is directed to serve notice of this Order on Debtor, Debtor's attorney, the Chapter 13 Trustee, and all creditors and parties in interest.

**END OF DOCUMENT**

Order Presented By:

_____/s/_____
Jonathan S. Adams,
Attorney for the Chapter 13 Trustee
Georgia Bar No. 979073
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303
(678) 510-1444